UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - -   x
                         :

UNITED STATES OF AMERICA     :     INDICTMENT
                         :

       - v. -          :     22 Cr.
                         :

SHARRAHN WALTON,          :
                         :

     Defendant.      :  **22 CRIM 420**
                         :

- - - - - - - - - - - - - - - -   x

## COUNT ONE

### (Escape)

The Grand Jury charges:

1.    On or about April 21, 2022, in the Southern District of New York and elsewhere, SHARRAHN WALTON, the defendant, knowingly did escape and attempt to escape from the custody of the Attorney General and his authorized representative, and from an institution and facility in which he was confined by direction of the Attorney General, and from custody under and by virtue of process issued under the laws of the United States by a court, judge, and magistrate judge, and from the custody of an officer and employee of the United States pursuant to lawful arrest, which custody and confinement was by virtue of an arrest on a charge of felony and a conviction of an offense, to wit, following a conviction in the United States District Court for the Southern District of New York for Conspiracy to Distribute

and Possess with Intent to Distribute Crack, in violation of 18

U.S.C. §§ 846 and 841(b)(1)(B), WALTON left the Bronx

Residential Re-Entry Center ("Bronx RRC") located at 2532-2534

Creston Avenue in the Bronx, New York, without authorization.

(Title 18, United States Code, Sections 751(a) and 4082(a).)

_____
FOREPERSON

_____
DAMIAN WILLIAMS
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

---

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

UNITED STATES OF AMERICA

v.

SHARRAHN WALTON,

Defendant.

---

INDICTMENT

22 Cr.

(18 U.S.C. §§ 751(a) and 4082(a).)

DAMIAN WILLIAMS
United States Attorney

_Foreperson_

---

08/02/22
(CA)

INDICTMENT FILED
WHEEL A - DJ KAPLAN
KH PARKER
USMJ